IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| INGERBERTH C. BAIRD, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 410-229 |
| | ) CRIMINAL ACTION 403-112 |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 20 day of October, 2011.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia